GEORGE COOPER, as Administrator of the Estate of ROBERT L. COOPER, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28190.)

Argued October 5, 1948; decided October 21, 1948.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for appellant.

*John T. Ryan* and *Milton Kaplan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER and FULD, JJ.